ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Utility Systems Solutions, Inc. | ) ASBCA No. 62867 |
| | ) |
| Under Contract No. W9126G-17-C-0053 | ) |

APPEARANCE FOR THE APPELLANT:     Maria L. Panichelli, Esq.
                                    McCarter & English, LLP
                                    Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                    Engineer Chief Trial Attorney
                                   Brian D. Payton, Esq.
                                   Alexandria P. Tramel, Esq.
                                   Blake M. Hedgecock, Esq.
                                    Engineer Trial Attorneys
                                    U.S. Army Engineer District, Fort Worth

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 19, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62867, Appeal of Utility Systems Solutions, Inc., rendered in conformance with the Board's Charter.

Dated:  September 19, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals